JEFFREY S. RUGG, ESQ., Nevada Bar No. 10978
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for LendingClub Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., LENDINGCLUB CORPORATION, and EQUIFAX INFORMATION SERVICES, LLC<br><br>　　　　　Defendants. | CASE NO.: 2:15-cv-00653-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant LendingClub Corporation, by and through its counsel of record, Brownstein Hyatt Farber Schreck, LLP, and Plaintiff David C. Johnson, by and through his counsel of record, Kazerouni Law Group, APC, and HAINES & KRIEGER, LLC, and hereby stipulate and agree, and request that the Court enter an Order extending the time within which Defendant LendingClub Corporation has to respond to Plaintiff's Complaint.

Plaintiff and Defendant LendingClub Corporation stipulate and agree that LendingClub Corporation shall have up to and including October 1, 2015, within which to file an answer or other responsive pleading, or otherwise defend against the claims asserted by Plaintiff as permitted by law. This request is made in good faith and not for purposes of delay.

099999\1958\13322734.1                                    1

| | |
|---|---|
| DATED this 16th day of January, 1901. | DATED this 16th day of January, 1901. |
| BROWNSTEIN HYATT<br>FARBER SCHRECK, LLP | KAZEROUNI LAW GROUP, APC |
| By: /s/ Jeffrey S. Rugg<br>JEFFREY S. RUGG, ESQ.<br>Nevada Bar No. 10978<br>jrugg@bhfs.com<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>Telephone: 702.382.2101<br>Facsimile: 702.382.8135<br>*Attorneys for LendingClub Corporation* | By:/s/ Danny J. Horen<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No. 13153<br>danny@kazlg.com<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Telephone: 800.400.6808x7<br>Facsimile: 800.520.5523 |
| | DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9080<br>HAINES & KRIEGER, LLC<br>dkrieger@hainesandkrieger.com<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, NV 89123<br>Telephone: 702.880.5554<br>Facsimile: 702.385.5818<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED** that LendingClub Corporation shall have up to and including October 1, 2015, within which to file an answer or other responsive pleading, or otherwise defend against the claims asserted by Plaintiff as permitted by law.

DATED this 17th of September, 2015.

_____
~~DISTRICT COURT~~ JUDGE
U.S. Magistrate

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Jeffrey S. Rugg
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for LendingClub Corporation*

099999\1958\13322734.1                                  2