DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID C. JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., LENDINGCLUB CORPORATION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　　Defendants. | Case No.:  2:15-cv-653-RJC-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME BANK OF AMERICA N.A. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Bank of America, N.A. (**BANA**) thirty additional days from the date of entry of this order to file a responsive pleading Plaintiff David Johnson (**Plaintiff**) filed his complaint on April 9, 2015.  ECF No. 1. Pursuant to Stipulation of the parties, BANA shall have until October 21, 2015 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel.

/ / /

{36219354;1}

1  This is the parties first request for an extension.

2  DATED this 18th day of September, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Danny Horen*<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No 13153<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br><br>DAVID H. KRIEGER, ESQ.<br>HAINES & KRIEGER, LLC<br>Nevada Bar No, 9086<br>8985 S. Eastern Avenue, Suite 130<br>Las Vegas, NV  89123<br><br>*Attorneys for Plaintiff* | /s/ *Matthew Knepper*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>MATTHEW I. KNEPPER<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Bank of America, N.A.* |

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 22, 2015

{36219354;1}                            2