1

Michael Kind, Esq.
NV Bar No. 13903

2

**KAZEROUNI LAW GROUP, APC**

3

7854 W. Sahara Avenue
Las Vegas, NV 89117

4

Phone: (800) 400-6808 x7

5

FAX: (800) 520-5523
mkind@kazlg.com

6

7

David H. Krieger, Esq.
NV Bar No. 9086

8

**HAINES & KRIEGER, LLC**

9

8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

10

Phone: (702) 880-5554

11

FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

12

13

*Attorneys for Plaintiff,*
*David C. Johnson*

14

15

**UNITED STATES DISTRICT COURT**

16

**DISTRICT OF NEVADA**

17

18

DAVID C. JOHNSON,

Case No.: 2:15-cv-00653-JCM-PAL

19

            Plaintiff,

**FIRST STATUS REPORT**

20

v.

**REGARDING SETTLEMENT BETWEEN PLAINTIFF AND BANK OF AMERICA, N.A.**

21

BANK OF AMERICA, N.A.,

22

LENDING CLUB

23

CORPORATION and
EQUIFAX INFORMATION

24

SERVICES, LLC,

25

            Defendants.

26

27

28

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

STATUS REPORT                                                Case No.: 2:15-cv-00653-JCM-PAL

1

**STATUS REPORT**

2      The dispute between Plaintiff David C. Johnson ("Plaintiff") and Defendant

3  Bank of America, N.A. ("Defendant") (jointly as the "Parties") has been resolved

4  on an individual basis.

5      The Parties have reached settlement terms, and have exchanged copies of an

6  approved settlement agreement and are waiting for settlement funds to be  dispersed

7  whereupon Plaintiff will file dismissal documents of Defendant. Plaintiff requests

8  that all pending dates and filing requirements as to Plaintiff and Defendant continue

9  to be vacated and that the Court set a deadline on or after February 22, 2016 for

10  Plaintiff to dismiss Defendant.

11

12      DATED this 20th day of January 2016.

13

14                          Respectfully Submitted,

15

16                          **KAZEROUNI LAW GROUP, APC**

17                          By:  /s/ Michael Kind
                                Michael Kind, Esq.
18                              7854 W. Sahara Avenue
19                              Las Vegas, NV 89117
                                *Attorneys for Plaintiff*
20

21

22      IT IS ORDERED that the parties shall have until February 22, 2016, to either file a
23  stipulation to dismiss, or a **joint** status report advising when the stipulation will be received.

24      Dated this 27th day of January, 2016.

25

26                          Peggy A. Leen
                            United States Magistrate Judge
27

28

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 20, 2016, the foregoing Joint Status Report was served via CM/ECF to all parties appearing in this case.


**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA