1
2
3
4              UNITED STATES DISTRICT COURT
5                   DISTRICT OF NEVADA
6                          * * *
7   DAVID C. JOHNSON,                          Case No. 2:15-cv-00653-JCM-PAL
8                              Plaintiff,                    ORDER
9        v.
10  BANK OF AMERICA, N.A., et al.,
11                             Defendants.

12          Before the court is the Notice of Settlement Between Plaintiff and Defendant Equifax
13  Information Services, LLC (Dkt. #30).  The parties advise that a settlement has been reached and
14  that a stipulation to dismiss should be filed within 30 days.  Accordingly,
15          **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services, LLC shall
16  have until **April 28, 2016,** to file a stipulation to dismiss, or a joint status report advising when
17  the stipulation to dismiss will be filed.
18          DATED this 30th day of March, 2016.
19
20                                                    _____
21                                                    PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28
                                                      1