UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID C. JOHNSON, | Case No. 2:15-CV-653 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendant(s). | |

Presently before the court is defendant LendingClub Corporation's ("LendingClub") motion to dismiss. (Doc. # 11). Plaintiff David C. Johnson did not file a response, and LendingClub filed a notice of non-opposition. (Doc. # 14).

Plaintiff thereafter filed a valid notice of voluntary dismissal with respect to its claims against LendingClub, pursuant to FRCP 41(a)(1)(A)(i). *See* FED. R. CIV. P. 41(a)(1)(A)(i); (doc. # 15). The motion to dismiss is thus moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant LendingClub Corporation's motion to dismiss (doc. # 11) be, and the same hereby is, DENIED as moot.

The claims against all other defendants having been dismissed, the clerk shall close the case.

DATED April 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**